# Unclaimed Funds

Entered 7/12/2013 to 7/12/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---:|---|
| [07-15150 -jnf](#) 16382145 | Heartland Payment Systems 1437 Youngstown Center Jeffersonville, IN 47130 47130 | 7.24 | 07/12/2013 |
| [07-17231 -fjb](#) 16371416 | AdvanceMe 600 Town Park Lane, Ste. 500 Kennesaw, GA 30144 30144 | 9.84 | 07/12/2013 |
| [08-12303 -fjb](#) 16542046 | Verizon Bankruptcy Department 3900 Washington Street Wilmington, DE 19802 | 17.04 | 07/12/2013 |
| [08-12339 -fjb](#) 16498083 | Local Tel Yellow Pages P.O. Box 785176 Philadelphia, PA 19178 19178 | 79.75 | 07/12/2013 |
| [09-21425 -jnf](#) 18994294 | DAVID LEBLANC 497 SCONTICUT NECK RD FAIRHAVEN, MA 02719 02719 | 22.35 | 07/12/2013 |
| [10-11799 -jnf](#) 17414249 | Ron Stephan 26 Bethel Road Griswold, CT 06351 | 0.01 | 07/12/2013 |
| [12-10829 -wch](#) 18994292 | SAMANTHA THOMPSON-FOSTER 949 FURNACE BROOK PKWY UNIT 4 QUINCY, MA 02169 02169 | 472.50 | 07/12/2013 |
| [12-14101 -wch](#) 18994291 | PAUL & LORI HUNTER 94 MONPOSETTS ST HALIFAX, MA 02338 02338 | 3,143.07 | 07/12/2013 |

| Case | Name/Address | Amount | Date |
|---|---|---|---|
| [12-14950 -jnf](#)<br>18994290 | SHAWN & JENNIFER DOHERTY<br>75 EDGEMERE RD<br>LYNN, MA 01904<br>01904 | 831.60 | 07/12/2013 |
| [12-15186 -wch](#)<br>18625479 | Kevin F. Bransfield<br>151 Perkins Row<br>Topsfield, MA 01983<br>01983 | 2,104.99 | 07/12/2013 |
| [12-16573 -fjb](#)<br>18994288 | KAREN & JONATHAN GAGNE<br>24 COUNTRY LANE<br>BERKLEY, MA 02779<br>02779 | 844.83 | 07/12/2013 |
| [12-17077 -jnf](#)<br>18994286 | RICHARD ZANNINI<br>23 PROSPECT HILL ST<br>MERRIMAC, MA 01860<br>01860 | 678.51 | 07/12/2013 |
| [12-18273 -wch](#)<br>18994285 | GEORGE ADRUK JR.<br>248 OLD WHARF RD.<br>UNIT A-1<br>DENNISPORT, MA 02639<br>02639 | 472.50 | 07/12/2013 |
| [12-18340 -fjb](#)<br>18994283 | YVON JOSEPH<br>16 BOLSTER ST., #2<br>EVERETT, MA 02149<br>02149 | 667.17 | 07/12/2013 |

**Grand Total: 9,351.40**